PAHL & McCAY
A Professional Corporation
**Karen K. McCay, Esq.** (State Bar No. 187664)
**Servando R. Sandoval, Esq.** (State Bar No. 205339)
**Anthony J. Adair, Esq.** (State Bar No. 246811)
225 West Santa Clara Street, Suite 1500
San Jose, California 95113-1752
Telephone No.: (408) 286-5100
Facsimile No.: (408) 286-5722

Attorneys for Defendants
WORKMAN LIVING TRUST, TERRY STULTZ
and TONI STULTZ

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. C-09-01856 JF |
| Plaintiff, | **ORDER TO EXTEND ADR [MEDIATION] DEADLINE [PROPOSED]** |
| v. | |
| WORKMAN LIVING TRUST et. al. | |
| Defendants. | |

Pursuant to the Stipulation to Extend ADR [Mediation] Deadline, the deadline to complete ADR for the above captioned matter is extended for an additional 45 days, or until January 30, 2010.

IT IS SO ORDERED.

Dated: 12/17/09

_____
Honorable Jeremy Fogel
Judge, United States District Court, Northern District of California